CONT'D: (MON. 26th JANUARY. 2015):

22,447-01 (A)

[SUMMARY]

— (MISS DONNA KAYE REYNOLDS (W/F). WAS'NT, [AGG. KIDNAPPED] BY ME! OR [RAPED] BY ME! ON, (SUN. 20th JAN. 1985)! REMEMBER! THE (RAPE. KIT) RETURNED BACK [NEGATIVE] ON (-SUN. 20th JAN. 1985)! NOR! WAS [SHE] STRUCK [IN. OR. BEHIND] THE [HEAD] — WITH A'. (12". CRES -CENT. WRENCH! AS', [2] LOCAL [NEUROSURGE -ON(S)]; DR. ALAN LOCKWOOD (W/M) & DR. RAPHA FRIEDMAN (W/M — OF. [(SW) MEMORIAL HERMAN -- (HOSP.) @ HOUSTON, (HARRIS. CO.), TX.]! HAS IT! DURING, (JURY. TRIAL) (OCT. 15-21, 1985! IN, THE (182nd DIST. COURT) @ HOUSTON, TX.!

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 05 2015
Abel Acosta, Clerk

Respectfully,

● [ PRE. HEARING ]

DURING [ PRE. HEARING ] (Feb. - Oct. 1985)!

[ JUN. 1985 ] !!! MYSELF & MY (STATE). Court.
Appointed) ATTX. [DAVID ROBERT SILVERTSEN
(WM [TBN#18448000] !!!     ALONG,
WITH, THE (STATE'S PROSECUTOR): [MS. PORTIA

● BROWN (WF ] !!!     APPROACHED,
THE [JUDGE'S] BENCH. OF. [THE HON". NORMAN
E. LANFORD (WM! OF, THE, 339th DIST.
COURT ]. OF. [HOUSTON, TX. ]!!!     AND
THERE!!! "I, WAS, (Forced. OR. Compelled)
TO [SIGN] (Court. Documents)_ ALLEGING
THAT I HAD [AGG. SEXUALLY ASSAULTED] THE [COM

● PLAINANT] (MISS DONNA     KAYE
REYNOLDS (WF !!!     "BUT, ABSOLUTELY"!

"I DID'NT!!!"

Respectfully,

(FROM):

MICHAEL JOSEPH CADDIE #108107 TDCJ.CID
JESTER 4 UNIT/D2 50/SID#03584950 -
#4 JESTER ROAD
RICHMOND, TX. 77406-8544

(TO): TX. Court of Criminal Appeals
Capitol Station
P. O. BOX 12,308
AUSTIN, TX. 78711
Clerk (LOUISE PEARSON)

CLERK,

— "ENCLOSED", PLEASE, FIND, THE ["ANNEX"]
OF MY [LETTER] DATED. (NOV. 2015, JAN. 2015)
— "THANKS A LOT!" CLERK! "Your Honor"

REQUEST:

"Full Pardon"
&
"(EXONERATION)"
RACIAL DISCRIMINATION

Respectfully,